```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
D'ARRIGO BROS. CO. OF NEW YORK, INC.,   :
                         Plaintiff,     :
                                        :      09 Civ. 4185 (DLC)
              -v-                       :
                                        :      ORDER DESIGNATING
GARDEN STATE PRODUCE CO., INC. and GARY :       CASE TO NON-ECF
T. FERRUGGIA,                           :           STATUS
                         Defendants.    :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/09

DENISE COTE, District Judge:

Due to the fact that defendant Gary T. Ferruggia is proceeding pro se, it is hereby

ORDERED that this action be exempt from electronic case filing and that all future filings be made in the traditional manner according to the rules of this Court. In other words, counsel shall submit documents to this Court's Cashier's Office and defendant shall submit documents to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007. All parties are advised that service of all future documents should be made in the traditional manner according to the rules of this Court, that is, by mail or

personal service.

    SO ORDERED:

Dated:    New York, New York
           August 6, 2009

                                    DENISE COTE
                          United States District Judge

COPIES SENT TO:

Leonard Kreinces                          Gary T. Ferruggia
Kreinces & Rosenberg, P.C.                9103 Summit Way
900 Merchants Concourse, Suite 305        Watchung, N.J. 07069
Westbury , NY 11590