```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
D'ARRIGO BROS. CO. OF NEW YORK, INC.,     :
                         Plaintiff,       :
                                          :       09 Civ. 4185 (DLC)
              -v-                         :
                                          :             ORDER
GARDEN STATE PRODUCE CO., INC. and GARY   :
T. FERRUGGIA,                             :
                         Defendants.      :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/09

DENISE COTE, District Judge:

On August 5, 2009, this Court received a notice of appearance and answer from defendant Gary T. Ferruggia. Defendant Ferruggia may represent himself, but corporations must be represented by an attorney in federal court. Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997). Accordingly, it is hereby

ORDERED that an attorney must file a notice of appearance for Garden State Produce Co., Inc. by August 26, 2009. If no attorney files a notice of appearance on behalf of the corporate defendant by August 26, 2009, judgment against it may be entered by default.

SO ORDERED:

Dated:   New York, New York
         August 6, 2009

                                    _____
                                            DENISE COTE
                                     United States District Judge

COPIES SENT TO:

Leonard Kreinces  
Kreinces & Rosenberg, P.C.  
900 Merchants Concourse, Suite 305  
Westbury , NY 11590

Gary T. Ferruggia  
9103 Summit Way  
Watchung, N.J. 07069