```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
D'ARRIGO BROS. CO. OF NEW YORK, INC.,     :
                                          :
                    Plaintiff,            :    09 Civ. 4185 (DLC)
                                          :
         -v-                              :        ORDER
                                          :
GARDEN STATE PRODUCE CO., INC. and        :
GARY T. FERRUGGIA,                        :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/10

DENISE COTE, District Judge:

On January 12, 2010, plaintiff wrote a letter requesting that the time to file its motion for summary judgment be extended until February 26, 2010. Pursuant to an Order of December 2, 2009, the date for filing plaintiff's summary judgment motion was extended until January 15, 2010. The Order indicated that there would be no further extension of the January 15 date. Accordingly, it is hereby

ORDERED that plaintiff's request for a further extension is denied.

SO ORDERED:

Dated:   New York, New York
         January 13, 2010

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Howard Rosenberg
Kreinces & Rosenberg, P.C.
900 Merchants Concourse, Suite 305
Westbury, NY 11590

Gary T. Ferruggia
9103 Summit Way
Watchung, NJ 07069